

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LKG/KCB

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Blanco, <u>et al</u>.
     <u>Criminal Docket No. 18-609 (RJD)</u>

Dear Judge Dearie:

  The government respectfully submits this letter on behalf of the parties in advance of the status conference scheduled for July 30, 2019, to provide information regarding the timing of the capital case review process. Specifically, the government has informed defense counsel that it is requesting mitigation submissions from counsel for each defendant. At the July 30 status conference, the government understands that the defense group will request 60 days to evaluate the length of time they will need to prepare their mitigation submissions, and, thus, will request that another status conference be scheduled approximately 60 days from the date of the July 30 conference. The government has no objection to the request.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

        By:   /s/
            Lindsay K. Gerdes
            Kayla Bensing
            Assistant U.S. Attorneys
            (718) 254-6155/6279

Cc: Clerk of Court (RJD) (by Hand)