# LAW OFFICES OF
# NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**
MEMBER: NY & MA BAR

**26 COURT STREET**
**SUITE 413**
**BROOKLYN, NY 11242-1134**

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

March 29, 2022

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    U.S. v. Bushawn Sheltonz, S3 18 Cr. 602 (RJD)

Dear Judge Dearie:

    I write to respectfully request that this Court permit me to withdraw as Learned Counsel for Mr. Shelton and that I be relieved.

    On August 14, 2020, I was appointed by the Court as Learned Counsel for Bushawn Shelton, pursuant to 18 U.S.C. §3005, because Mr. Shelton was facing a death eligible charge in the Indictment. On December 30, 2021, the Government provided notice that the Attorney General has directed and authorized the United States Attorney for the Eastern District of New York not to seek the death penalty against Mr. Shelton.

    Mr. Shelton has been, and continues to be represented by his trial counsel and associate counsel, both of whom who are extremely capable. Therefore, I am requesting to be relieved and withdraw as Learned Counsel in this case, by Order of this Court.

Respectfully,

*N. Todd*
Natali Todd

cc: All counsel by ECF